IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM M. LUCAS #0034265                PLAINTIFF

V.          NO. 3:22-cv-00050-JM-ERE

ROBERT CASE, *et al.*                DEFENDANTS

## ORDER

The Court has received a Recommendation for the dismissal of Mr. Lucas' claims against the Greene County Detention Center filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Lucas' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. In his objections, Mr. Lucas argues that he should be allowed to amend his complaint to provide additional facts about Green County Detention Center's constitutional violations. However, amendment is futile because the Detention center cannot be sued under 42 U.S.C. § 1983.

 Mr. Lucas' claims against the Greene County Detention Center are DISMISSED, with prejudice. The Clerk is instructed to terminate the Greene County Detention Center as a party Defendant.

 IT IS SO ORDERED this 28th day of March, 2022.

                      _____
                      UNITED STATES DISTRICT JUDGE