IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM M. LUCAS**                                                    **PLAINTIFF**
**#0034265**

V.                   NO. 3:22-cv-00050-JM-ERE

**ROBERT CASE**, *et al*.                                      **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff William M. Lucas' motion for copies. *Doc. 19*. In his motion, Mr. Lucas requests that the Court provide him: (1) a "1983 package"; and (2) a copy of the docket sheet for this lawsuit. In addition, Mr. Lucas states that he is prepared to send the Court his witness list.

IT IS THEREFORE ORDERED THAT:

1. Mr. Lucas' motion for copies (*Doc. 19*) is GRANTED, in part, and DENIED, in part.

2. The Court is unclear what "1983 package" Mr. Lucas refers to in his motion. However, the Clerk is instructed to send Mr. Lucas: (1) a new § 1983 complaint form; and (2) a copy of the docket sheet for this lawsuit.

3. Mr. Lucas has up to and including **June 6, 2022** to file a motion for leave to file an amended complaint, assuming a motion is necessary.[1]

---

[1] Alternatively, if he acts promptly Mr. Lucas may file one amended complaint without requesting leave of Court to do so. See FED. R. CIV. P. 15(a)(2) ("a party may amend its pleading

3. As the Court noted in its Initial Order, Mr. Lucas should not file a witness list with the Court until this case is set for trial and the Court requests Mr. Lucas to provide that information. See *Doc. 3 at 3*.

Dated this 6th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

once as a matter of course" within 21 days after service of a responsive pleading). An answer was filed in this case on April 12, 2022, but the Court is not sure when it was served on Mr. Lucas.