IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM M. LUCAS**     **PLAINTIFF**
**#0034265**

V.     NO. 3:22-cv-00050-JM-ERE

**ROBERT CASE**, *et al*.     **DEFENDANTS**

## ORDER

Service has been returned unexecuted for Defendant Mandi Quinn. *Doc. 18*. Service has not yet been returned for Defendant Bailey Burns. However, because Defendant Burns is a medical employee, service will now be attempted through Greene County Detention Center's medical provider.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare new summonses for Defendants Quinn and Burns.

2. The United States Marshal is directed to serve Defendants summonses and a copy of the complaint and the addendum to the complaint (with any attachments) (*Docs. 2, 6*), without requiring prepayment of fees and costs or security.

3. Service for Defendant Quinn should be attempted at her last-known address provided to the Court under seal. (*Doc. 20*) Importantly, Defendant Quinn's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

4. Service for Defendant Burns should be attempted through counsel for Turn Key Medical, Alexandra G. Ah Loy, Sweet Law Firm, 24 West Park Place, Oklahoma City, Oklahoma 73103.

Dated this 6th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE