## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WILLIAM M. LUCAS**                                               **PLAINTIFF**
**#0034265**

**V.**                          **NO. 3:22-cv-00050-JM-ERE**

**ROBERT CASE, *et al.***                                          **DEFENDANTS**

### ORDER

**I.    Motion for Discovery:**

Pending before the Court is Plaintiff William M. Lucas' motion for discovery. *Doc. 46*. In his motion, Mr. Lucas requests that the Court order Defendants to produce a number of documents, including grievances and medical requests. As the Court previously explained to Mr. Lucas, discovery requests are not to be filed with the Court. *Doc. 4*. Instead, he should send those requests directly to counsel for the Defendant from whom he seeks discovery, either JaNan Arnold Thomas or Alexandra Gabrielle Ah Loy.

**II.   Service of Defendant Mandi Quinn:**

In addition, a summons has again been returned unexecuted for Defendant Mandi Quinn. *Doc. 45*. It appears that Ms. Quinn's summons may have been lost in the United States postal system.

IT IS THEREFORE ORDERED THAT:

1.    Mr. Lucas' motion for discovery (*Doc. 46*) is DENIED.

2.     The Clerk is instructed to prepare a new summons for Defendant Mandi Quinn.

3.     The United States Marshal is directed to serve Defendant Quinn a summons and a copy of the complaint and the addendum to the complaint (with any attachments) (*Docs. 2, 6*), without requiring prepayment of fees and costs or security.

4.     Service for Defendant Quinn should be attempted at her last-known address provided to the Court under seal. *Doc. 20*. Importantly, Defendant Quinn's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

Dated this 16th day of August, 2022.

_____

UNITED STATES MAGISTRATE JUDGE