IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM M. LUCAS**                                                                                      **PLAINTIFF**
**#0034265**

**V.**                            **NO. 3:22-cv-00050-JM-ERE**

**ROBERT CASE**, *et al.*                                                                                **DEFENDANTS**

## ORDER

Three summonses issued to Defendant Mandi Quinn have been returned unexecuted. *Docs. 18, 49, 50.*

Plaintiff William M. Lucas is reminded of his responsibility to provide the Court with an address where Defendant Quinn can be served with process. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Defendant Quinn should have been served within 90 days of February 28, 2022, the date Mr. Lucas filed his complaint in this case. FED. R. CIV. P. 4(m).

Mr. Lucas has until **November 11, 2022**, to provide a valid service address for Defendant Quinn. If he has not provided a valid service address by that date, the Court may dismiss Mr. Lucas' claims against Defendant Quinn from this lawsuit.

IT IS SO ORDERED this 11th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE