# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WILLIAM M. LUCAS**                                                              **PLAINTIFF**
**#0034265**

**V.**                                       **NO. 3:22-cv-00050-JM-ERE**

**ROBERT CASE,** *et al.*                                                      **DEFENDANTS**

## ORDER

On June 7, 2022, Plaintiff William M. Lucas filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 36.* In light of his release, it is unclear whether Mr. Lucas is still entitled to proceed *in forma pauperis* (IFP).[1]

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Mr. Lucas a free-world application to proceed *in forma pauperis.*

2.      If Mr. Lucas wishes to continue pursuing this lawsuit, he must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world application to proceed *in forma pauperis;* or (b) pay the $402 filing fee for this action.[2]

---

[1] According to the Court's records, Mr. Lucas has paid $19.40 toward the filing fee that the Court assessed in March 2022. *Doc. 10.*

[2] Because he has been released, Mr. Everett no longer qualifies for the reduced fee of $350.

3.     If Mr. Lucas does not timely comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE