# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM M. LUCAS**                                                                **PLAINTIFF**
**#0034265**

V.                      NO. 3:22-cv-00050-JM-ERE

**ROBERT CASE,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lucas' claims against Defendant Mandi Quinn are DISMISSED, without prejudice, based on his failure to serve this Defendant. The Clerk is instructed to terminate Mandi Quinn as a party Defendant.

IT IS SO ORDERED this 7th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE