# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIAM M. LUCAS**                                                                      **PLAINTIFF**
**#0034265**

**V.**                       **NO. 3:22-cv-00050-JM-ERE**

**ROBERT CASE,** *et al.*                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody Jr. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

Objections must be filed within 14 days. If you don't object, you risk waiving the right to appeal questions of fact. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

William M. Lucas Christopher Everett, formerly an inmate at the Greene County Detention Center ("Detention Center"), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Lucas, who is proceeding *in forma pauperis*,

alleges that Defendants Robert Case and Bailey Burns were deliberately indifferent to his serious medical needs.[1]

On June 7, Mr. Lucas filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 16*. In light of his release, it is unclear whether Mr. Lucas is still entitled to proceed IFP.[2]

On November 17, 2022, the Court directed the Clerk of Court to send Mr. Lucas a free-world IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $402.00 filing fee.[3] *Doc. 21*. The Court's Order specifically warned Mr. Lucas that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Lucas has not submitted a free-world IFP application, and the time to do so has passed.

---

[1] The Court previously dismissed Mr. Lucas' claims against the Greene County Detention Center and Mandi Quinn. *Docs. 14, 54*.

[2] According to the Court's records, Mr. Lucas has paid $19.40 toward the filing fee that the Court assessed in March 2022. *Doc. 4*.

[3] Because Mr. Lucas has been released, he no longer qualifies for the reduced fee of $350.00

## III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Lucas' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's November 17, 2022 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 21st day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE