UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM M. LUCAS
#FN2303865                                                                                      PLAINTIFF

V.                                            3:22CV00050 JM

ROBERT CASE, et al,                                                                       DEFENDANTS

## ORDER

Plaintiff asks the Court for copies of his case presumably because he did not receive the documents. The Clerk is directed to mail Plaintiff a copy of the docket sheet. Plaintiff is directed to inform the Court which documents he will need for his appeal and file a new motion requesting them. There are 67 docket entries in this case, most of which are not necessary for an appeal. Plaintiff's Motions for Copies (Docket # 66 and 67) are granted in part and denied in part.

IT IS SO ORDERED this 14th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE