UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM M. LUCAS**
**#FN2303865**                                                                           **PLAINTIFF**

V.                        **3:22CV00050 JM**

**ROBERT CASE, et al,**                                             **DEFENDANTS**

## ORDER

The Clerk is directed to mail Plaintiff a copy of docket entries 1-4, 6, 9-14, 16, 51-54, and 57-59. Plaintiff's Motion for Copies (Docket # 71) is GRANTED.

IT IS SO ORDERED this 9th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE